UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMON DEMETRIUS JACKSON, )
)
Plaintiff, )
)
v. ) CV619-091
)
COMMISSIONER TIMOTHY C. WARD and )
WARDEN TERRENCE KILPATRICK, )
)
)
Defendants. )

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R) of March 1, 2022, doc. 24, to which objections have been filed, doc. 25. Accordingly, the R&R is ADOPTED, the objections are OVERRULED, and the Plaintiff's Motion for Prisoner Release Order and Motion for Preliminary Injunction are DENIED. Docs. 19 & 20.

ORDER ENTERED at Augusta, Georgia, this 22nd day of March, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA