AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMON DEMETRIUS JACKSON,

        Plaintiff,

v.

COMMISSIONER TIMOTHY C. WARD
WARDEN TERRENCE KILPATRICK, and
R. SHEPARD,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 619-091

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's December 2, 2022 Order adopting the Magistrate Judge's Report and Recommendation and granting Defendants' Motion to Dismiss, Plaintiff's Amended Complaint is dismissed. This case stands closed.



| 12/2/2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020